UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cause No. 3:13-CR-76-RLM |
| | ) | |
| ABDUL AMIN SHABAZZ | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 7, 2013. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 15), ACCEPTS defendant Abdul Amin Shabazz's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED: September 3, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court